IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| David SCANLON on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Curbsure, LLC<br><br>*Defendant*. | Case No. 1:25-cv-13434-PGL<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the undersigned's appearance as Attorney for PLAINTIFF David Scanlon in the above captioned case.

*/s/ Alex M. Washkowitz*
**Alex M. Washkowitz, Esq.**
CW Law Group, P.C.
160 Speen Street
Suite 309
Framingham, MA 01701
Phone 508-309-4880
Fax 508-597-7722
alex@cwlawgrouppc.com
MA BBO #: 644077

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished electronically via the Court's CM/EMF system to Counsel of Record.