# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID SCANLON, on behalf of himself and others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **CURBSURE, LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-CV-13434-PGL <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Kyle Berg, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CURBSURE, LLC in Multnomah County, OR on December 4, 2025 at 2:22 pm at 401 NE 19th Ave, Ste 200, Portland, OR 97232-4800 by leaving the following documents with Emily Cabrera who as Receptionist at Vida Coworking is authorized by appointment or by law to receive service of process for CURBSURE, LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Emily is the receptionist at the Vida Coworking office, where the subject entity has registered and confirmed that it holds a virtual office.

White Female, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=45.5257270335,-122.646616479
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Multnomah County   ,

   OR    on    12/5/2025   .

*/s/ Kyle Berg*

Signature
Kyle Berg
+1 (651) 270-6928



Exhibit 1a)