UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID SCANLON,  
*Individually and on behalf of all*  
*Others similarly situated*,

       Plaintiff,

vs.

CURBSURE LLC,

       Defendant.
_____/

Case No. 1:25-CV-13434-PGL

**CONSENT TO OR DECLINATION OF THE EXERCISE**
**OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

     This case has been assigned to Magistrate Judge Paul G. Levenson for all purposes. Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent.

**You must file this document with the Court within 30 days after the date of service on the last party regardless of whether or not you are consenting to the exercise of jurisdiction of the Magistrate Judge.**

**CHECK ONE**

☐   All parties in this civil action <u>CONSENT</u> to have the assigned Magistrate Judge conduct all proceedings in this civil action, including trial, and to order the entry of final judgment in accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure.

**OR**

☒   At least one party in this civil action <u>DOES NOT CONSENT</u> to have the assigned Magistrate Judge conduct all proceedings, including trial, and to order the entry of final judgment. This case will be randomly assigned to a U.S. District Judge for further proceedings. If you elect to have the case proceed before a U.S. District Judge, the above named Magistrate Judge shall continue to be assigned to this case to hear matters referred by the District Judge, in accordance with 28 U.S.C. § 636(b) and Rule 72 of the Federal Rules of Civil Procedure.

- 2 -

| *Parties' printed names* | *Signature of parties or attorneys* | *Dates* |
|---|---|---|
| David Scanlon | /s/ Anthony Paronich | 01/08/2026 |
| Curbsure, LLC | /s/ L. Felipe Escobedo | 01/12/2026 |
|  |  |  |

(If additional space is needed, additional forms may be attached)