UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID SCANLON,                                                    Case No. 1:25-cv-13434-JEK
*individually and on behalf of all
others similarly situated*,

        Plaintiff,

vs.

CURBSURE LLC,

        Defendant.

---

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CURBSURE LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CurbSure, LLC, by

and through its undersigned counsel, hereby discloses as follows:

Defendant CurbSure, LLC is a wholly owned subsidiary of Ocean Reef Media

LLC.  Ocean Reef Media LLC does not have a parent corporation and no publicly

held corporation owns 10% or more of its stock.

Dated: March 24, 2026                Respectfully submitted,

        */s/ L. Felipe Escobedo*

        L. Felipe Escobedo, BBO# 709142
        **MORGAN, LEWIS & BOCKIUS LLP**
        One Federal Street
        Boston, MA 02110
        Tel: (617) 341-7700
        felipe.escobedo@morganlewis.com

        *Attorney for Defendant CurbSure LLC*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on March 24, 2026 via the Court's CM/ECF system.

*/s/ L. Felipe Escobedo*
L. Felipe Escobedo